**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Paul Campbell,                                  Civil No. 19-1348 (DWF/ECW)

        Plaintiff,

v.                                                                        **ORDER ADOPTING REPORT**
                                                                  **AND RECOMMENDATION**

Hennepin County Sheriffs,
Saint Paul Police Department,
Ramsey County Sheriffs, Hennepin
County Parole Probation Office, and
Public Storage Incorporated,

        Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed January 21, 2020. (Doc. No. 36) addressing Defendant City of Saint Paul Police Department's Motion to Dismiss (Doc. No. 7), Defendant Ramsey County Sheriffs' Motion to Dismiss (Doc. No. 13), Defendants Hennepin County Sheriff's Office and Hennepin County Probation Office's Motion to Dismiss (Doc. No. 31), and Plaintiff's self-styled Motion for Update, to Enter and Note Default, and for Hearing if Needed, Against and As to All Defendants Except Saint Paul and Ramsey County (Doc. No. 25).

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference here. The Magistrate Judge recommended granting the Defendants' Motions to Dismiss and dismissing Plaintiff's claims against them without prejudice, and denying Plaintiff's

motion. Magistrate Judge Wright also recommended dismissing Plaintiff's claims against Defendant Public Storage Incorporated as time-barred and frivolous. No objections have been filed to Magistrate Judge Wright's Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Elizabeth Cowan Wright's January 21, 2020 Report and Recommendation (Doc. No. [36]) is **ADOPTED**.

2. Defendant Saint Paul Police Department's Motion to Dismiss (Doc. No. [7]) is **GRANTED**.

    a. Plaintiff's claims against Defendant Saint Paul Police Department are **DISMISSED WITHOUT PREJUDICE**.

3. Defendant Ramsey County Sheriffs' Motion to Dismiss (Doc. No. [13]) is **GRANTED**.

    a. Plaintiff's claims against Defendant Ramsey County Sheriffs are **DISMISSED WITHOUT PREJUDICE**

4. Defendants Hennepin County Sheriffs and Hennepin County Parole Probation Office's Motion to Dismiss (Doc. No. [31]) is **GRANTED.**

    a. Plaintiff's claims against Defendants Hennepin County Sheriffs and Hennepin County Parole them are **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiff's claims against Defendant Public Storage Incorporated are **DISMISSED WITHOUT PREJUDICE**.

6. Plaintiff's Motion for Update, to Enter and Note Default, and For Hearing if Needed, Against and As to All Defendants Except Saint Paul and Ramsey County (Doc. No. [25]) is **DENIED** with respect to the requests for entry of default and for a hearing, and **DENIED AS MOOT** with respect to the request for an update.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 6, 2020			s/Donovan W. Frank
						DONOVAN W. FRANK
						United States District Judge